UNITED STATES DISTRICT COURT  **JS-6 / REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **CV 16-2208-DMG (SSx)** | Date April 12, 2016 |
| Title *Jennifer Noid vs. Blackline Systems, Inc., et al.* | Page 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT FOR LACK OF SUBJECT MATTER JURISDICTION**

On March 2, 2016, Plaintiff Jennifer Noid filed a complaint in Los Angeles County Superior Court against her former employer Blackline Systems, Inc. ("Blackline"), alleging 10 causes of action for employment discrimination, wrongful termination, and retaliation in violation of California law. Complaint at 1 [Doc. #1-1.]

Noid is a resident of Denver, Colorado. *Id.* ¶ 1. Blackline is the only named defendant in this action and is a California corporation with its principal place of business in Woodland Hills, California. Notice of Removal ¶ 8 [Doc. #1.] On March 31, 2016, Blackline removed this case to the United States District Court for the Central District of California based on diversity jurisdiction. *Id.* ¶ 6.

Under 28 U.S.C. § 1441(b)(2), "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Here, Blackline was not entitled to seek removal because it is a citizen of California, the state where Noid brought the action. *See Spencer v. U.S. Dist. Court for N. Dist. of Ca.*, 393 F.3d 867, 870 (9th Cir. 2004) ("It is . . . clear that the presence of a local defendant at the time removal is sought bars removal.").

In light of the foregoing, the current action is **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED**.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |