UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Jennifer Noid | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV16-02208 DMG (SSx) |
| v. | |
| Blackline Systems, Inc. et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry  have/has been corrected as indicated below.

Title of scanned document: TRANSMITTAL of documents to Los Angeles County Superior Court

Filed date: 4/12/16    Document Number(s): 9

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF  was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Incorrect document was attached to the docket entry. Corrected document has been replaced as the attachment to document [9], Transmittal of documents to Los Angeles County Superior Court

CLERK, U.S. DISTRICT COURT

Date: 4/12/16    By: Benjamin_Moss@cacd.uscourts.gov
Deputy Clerk

G-11 (06/14)    NOTICE OF CLERICAL ERROR